# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

Michelle Hernandez,

      Plaintiff,

v.

Kohl's Department Stores, Inc.; and DOES 1-10, inclusive,

      Defendants.

Civil Action No.: 2:15-cv-01180-PP

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Michelle Hernandez | Kohl's Department Stores, Inc. |
|---|---|
| /s/ Amy L. Cueller | /s/ Meredith C. Wilkerson |
| Amy L. Cueller, Esq. #15052-49 | Meredith C. Wilkerson, Esq. |
| LEMBERG LAW | Senior Litigation Counsel |
| 43 Danbury Road, 3rd Floor | Kohl's Department Stores Inc. |
| Wilton, CT 06897 | N56 W17000 Ridgewood Dr. |
| Telephone: (203) 653-2250 | Menomonee Falls, WI 53051-5660 |
| Email: acueller@lemberglaw.com | Telephone: (262) 703-3525 |
| Attorney for Plaintiff | Email: meredith.wilkerson@kohls.com |
| | Attorney for Defendant |

_____
SO ORDERED

## CERTIFICATE OF SERVICE

      I hereby certify that on December 12, 2016, a true and correct copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties and counsel of record may access this filing through the Court's system.

                                              By /s/ Amy L. Cueller
                                                  Amy L. Cueller